UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SAIR REAL ESTATE LLC,

        Plaintiff,

        v.

Case No. 20-cv-1419-bhl

CORANDA K JOHNSON, et al.,

        Defendants.

---

## ORDER DISMISSING CASE

---

      Plaintiff Sair Real Estate, LLC brought this action against Defendants Coranda K. Johnson and two unnamed tenants, seeking strict foreclosure on a land contract. While the plaintiff alleged that federal subject matter jurisdiction could be exercised under the Court's diversity jurisdiction, 28 U.S.C. §1332, the complaint and supporting documents did not establish complete diversity among the parties or that the amount in controversy exceeded $75,000.

      On October 8, 2020, the Court issued an order directing the plaintiff, on or before October 22, 2020, to show cause why this action should not be dismissed for lack of subject matter jurisdiction (ECF No. 5). The plaintiff has done nothing in response to the Court's Order to Show Cause. Accordingly,

      IT IS ORDERED that this case is DISMISSED without prejudice.

      Dated at Milwaukee, Wisconsin this 23rd day of October, 2020.

                                                       s/ Brett H. Ludwig_____
                                                        BRETT H. LUDWIG
                                                        United States District Judge